■ STARLENE ROBLES et al., Plaintiffs, v MICROTECH CONTRACTING CORP. et al., Defendants. (And a Third-Party Action.) QWEST COMMUNICATIONS COMPANY, LLC, Formerly Known as QWEST COMMUNICATIONS CORPORATION, Second Third-Party Plaintiff-Appellant, v KAJIMA CONSTRUCTION SERVICES, INC., et al., Second Third-Party Defendants-Respondents. [934 NYS2d 302]—

The court properly exercised its discretion in severing the second third-party action against Tokio Marine from the main action to avoid the prejudice that would result from the jury's awareness of the existence of liability insurance (*see Kelly v Yannotti*, 4 NY2d 603, 607 [1958]; *Chunn v New York City Hous. Auth.*, 55 AD3d 437 [2008]). Concur—Tom, J.P., Friedman, Freedman, Richter and Manzanet-Daniels, JJ.